| | |
|---|---|
| 1 | JAMES NELSON - SBN 116442 |
| | nelsonj@gtlaw.com |
| 2 | JENNIFER M. HOLLY - SBN 263705 |
| | hollyj@gtlaw.com |
| 3 | GREENBERG TRAURIG, LLP |
| | 1201 K Street, Suite 1100 |
| 4 | Sacramento, CA  95814-3938 |
| | Telephone:  (916) 442-1111 |
| 5 | Facsimile:  (916) 448-1709 |
| 6 | Attorneys for Defendant |
| | WesTower Communications, Inc. |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY W. CRAYTHORN, on behalf of himself and those similarly situated, | CASE NO.  4:12-CV-01204-SBA |
| Plaintiff, | **STIPULATION FOR ORDER TRANSFERRING CASE TO UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION** |
| v. | |
| WESTOWER COMMUNICATIONS, INC., a Delaware corporation and DOES 1 through 100, Inclusive, | **ORDER OF TRANSFER** |
| Defendants. | DATE:   June 12, 2012<br>TIME:   1:00 p.m.<br>DEPT:   Courtroom 1<br>JUDGE:  Saundra B. Armstrong |

Case No. 4:12-CV-01204-SBA
STIPULATION AND [PROPOSED] ORDER TO TRANSFER VENUE

On April 19, 2012, Defendant WesTower Communications, Inc., moved this Court to transfer venue of the above-captioned matter to the United States District Court, Eastern District of California.

Plaintiff Troy W. Craythorn, by and through his attorneys of record, has agreed not to oppose Defendant's Motion to Transfer Venue.

The parties therefore stipulate to an order immediately transferring venue of the above-entitled matter to the United States District Court, Eastern District of California, Sacramento Division.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatory hereto.

**IT IS SO STIPULATED.**

DATED:  April 25, 2012					GREENBERG TAURIG, LLP


							By:___/s/ Jennifer M. Holly_____
							     James Nelson
							     Jennifer M. Holly
							     Attorneys for Defendant
							     WesTower Communications, Inc.


DATED:  April 27, 2012					COHELAN KHOURY & SINGER;
							VAUGHAN & ASSOCIATES


							By: __/s/ Michael D. Singer_____
							     Michael D. Singer
							     J. Jason Hill
							     Kimberly D. Nielson
							     Attorney for Plaintiff
							     Troy W. Craythorn

**ORDER TRANSFERRING CASE TO**
**UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

Upon the stipulation of the parties hereto for an order transferring venue of the above-entitled matter to the United States District Court, Eastern District of California, Sacramento Division,

**IT IS HEREBY ORDERED** that the above-entitled case be, and hereby is, transferred to the United States District Court, Eastern District of California, Sacramento Division.

Dated: 4/30/12

_____
The Honorable Saundra B. Armstrong
Judge of the United States District Court